

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:14CR308-1 |
| SARAH EURY FARRELL | : |

## ORDER OF FORFEITURE

**WHEREAS**, on July 31, 2014, Defendant SARAH EURY FARRELL pled guilty to Counts One and Two of the Information charged on July 30, 2014, and agreed to immediately and voluntarily release and forfeit all property constituting or derived from proceeds from the criminal violation to which she pled guilty; and

**WHEREAS**, Defendant SARAH EURY FARRELL is subject to and consented to the entry of a forfeiture money judgment against her in the amount of Sixteen Thousand Three Hundred and 00/100 Dollars ($16,300.00), in that this amount constitutes the amount of proceeds derived from the criminal violation to which she has pled guilty;

**WHEREAS**, the United States filed a Motion for Issuance of an Order of Forfeiture, which would consist of a personal money judgment against Defendant in the amount of Sixteen Thousand Three Hundred and 00/100 Dollars ($16,300.00); and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant SARAH EURY FARRELL shall forfeit to the United States the sum of Sixteen Thousand Three Hundred and 00/100 Dollars ($16,300.00) pursuant to Title 21, United States Code, Section 853;

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

**IT IS FURTHER ORDERED** that pursuant to Rule 32.2(b)(4), Defendant consented to the forfeiture and this Order of Forfeiture is therefore final as to Defendant and shall be included in the judgment;

**IT IS FURTHER ORDERED** that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed Sixteen Thousand Three Hundred and 00/100 Dollars ($16,300.00) to satisfy the money judgment in whole or in part; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward two certified copies of this Order to the United States

- 2 -

Case 1:14-cr-00308-WO   Document 10   Filed 10/30/14   Page 2 of 3

Attorney's Office, Attention: Lynne P. Klauer, Assistant United States Attorney.

This the 30th day of October, 2014.

/s/ William L. Osteen, Jr.
UNITED STATES DISTRICT JUDGE